[No. 62696-5-I. Division One. March 15, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOHN RELFE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-05735-3, George T. Mattson, J., entered November 20, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Lau, JJ.

[No. 62761-9-I. Division One. March 15, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-04412-9, Kimberley Prochnau, J., entered November 17, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Cox, JJ.

[No. 62868-2-I. Division One. March 15, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LIVIO L. DELLAGUARDIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-03892-7, Gregory P. Canova, J., entered January 13, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Schindler, C.J., and Leach, J.

[No. 62892-5-I. Division One. March 15, 2010.]

THE STATE OF WASHINGTON, *Plaintiff*, v. WESLEY F. RIEDEL ET AL., *Respondents*, RICHARD W. PIERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 07-2-00173-8, John M. Meyer, J., entered December 23, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Dwyer, A.C.J., and Lau, J.